UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **DAISY HERRERA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.: 5:24-cv-0904-LCB |
| | ) |
| **DAIKYONISHIKAWA USA, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM

The plaintiff filed a complaint on July 9, 2024. (Doc. 1). On March 26, 2025, the plaintiff filed a notice of dismissal with prejudice. (Doc. 15). A party may voluntarily dismiss a lawsuit without a court order by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The defendant in this case has not filed an answer or a motion for summary judgment.

Because the plaintiff has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., the "dismissal [was] effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). This case is therefore dismissed with prejudice.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** March 27, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE